■ H. THEODORE McROBERTS, Individually and as a Stockholder of Great Eastern Gas Corporation, Suing on Behalf of Himself and All Other Stockholders Similarly Situated, Appellant, v. GREAT EASTERN GAS CORPORA-

892

TION et al., Respondents.— Judgment insofar as appealed from affirmed, with costs. All concur. (Appeal from part of a judgment of Erie Supreme Court, dismissing the complaint in a stockholder's action, and dismissing the temporary restraining order.) Present — McCurn, P. J., Vaughan, Williams, Bastow and Goldman, JJ.